FILED

OCT 29 2018

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CRAIG KEVIN TALIAFERRO,<br><br>　　　　　　Defendant. | Case No. 18-cr-4628-WQH<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 841(a)(1) and 846- Conspiracy to Distribute Hashish Oil; Title 21, U.S.C., Sec. 858(a)(1)- Endangering Human Life While Manufacturing a Controlled Substance; Title 21, U.S.C., Sec. 853; Title 18, U.S.C. Sec. 924(d)(1), and Title 28, U.S.C., Sec. 2461(c)- Criminal Forfeiture |

The United States Attorney charges:

Count 1

Beginning at a date unknown and continuing up to and including September 12, 2018, within the Southern District of California, and elsewhere, defendant CRAIG KEVIN TALIAFERRO, did knowingly and intentionally conspire together and with other persons known and unknown, to distribute hashish oil containing tetrahydrocannabinols, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

Count 2

On or about September 11, 2018, within the Southern District of California, defendant CRAIG KEVIN TALIAFERRO, did knowingly and intentionally manufacture hashish oil containing tetrahydrocannabinols,

a Schedule I controlled substance, and in doing so, created a substantial risk of harm to human life; in violation of Title 21, United States Code, Section 858 and Title 18, U.S.C. Section 2.

### Forfeiture Allegations

1. The allegations contained in Counts 1 and 2 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of one or more of the felony offenses alleged in Counts 1 and 2, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Section 853(a)(1) and 853(a)(2), defendant CRAIG KEVIN TALIAFERRO, shall forfeit to the United States all their rights, title and interest in any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as the result of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in this indictment.

3. If any forfeitable property, as a result of any act or omission of the defendants (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other

property of the defendants up to the value of the said property subject to forfeiture.

DATED: October 29, 2018.

ADAM L. BRAVERMAN
United States Attorney

MICHAEL G. WHEAT
Assistant U.S. Attorney