ALEX LANDON
California Bar No. 050957
2442 Fourth Avenue
San Diego, CA  92101
Telephone (619) 232-6022

Attorney for Defendant
**CRAIG KEVIN TALIAFERRO**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable William Q. Hayes)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CRAIG KEVIN TALIAFERRO,<br><br>　　　　　Defendant. | Case No.: 18-CR-4628-WQH<br><br>**SENTENCING MEMORANDUM**<br><br>DATE: April 26, 2021<br>TIME: 9:00 A.M. |

TO: RANDY S. GROSSMAN, ACTING UNITED STATES ATTORNEY, AND MICHAEL WHEAT, ASSISTANT UNITED STATES ATTORNEY, AND LAUREN CORCORAN, SR. UNITED STATES PROBATION OFFICER:

　　　Craig Taliaferro, by and through his counsel Alex Landon, submits this Sentencing Memorandum pursuant to the now-advisory provisions of the Federal Sentencing Guidelines, Chapter 6, Section 6A1.1 and Third Revised General Order 350.

# PROCEDURAL HISTORY

On October 29, 2018, a two count information was filed in the Southern District of California, charging Craig Taliaferro in Count one with 21 U.S.C. §§ 841(a)(1) and 846 conspiracy to distribute hashish oil; and in Count Two with 21 USC § 858(a)(1) and 18 USC § 2, endangering human life while manufacturing a controlled substance. On July 16, 2019, Mr. Taliaferro plead guilty to Count One of the information. He entered his plea pursuant to a plea agreement. The relevant provisions of the Plea Agreement are as follows:

```
Base Offset Level [USSG § 2D1.1(c) (10)]          32
Acceptance of Responsibility [USSG § 3E1.1(a)]    -3
```

# SENTENCING MEMORANDUM

Craig Taliaferro is 63 years old and was born in Eugene Oregon on January 30, 1958. Mr. Taliaferro had a difficult childhood which is covered in the Presentence Report beginning on page 21, section 105 and ending on page 22, section 107.

Mr. Taliaferro has a work history involving industrial consulting and insurance sales. His involvement with industrial consulting involved design and structural engineering, and he was involved in this work for 20 years. Thereafter. Mr. Taliaferro was involved in health and life insurance both as a dealer and broker for 7 years.

As indicated in the Probation report Mr. Taliaferro has no Criminal History points and is in a Criminal History Category of I.

In analyzing the case against Mr. Taliaferro, it is important to indicate that the facts support his involvement only with the location at 9870 Marconi Drive. In the Probation Report, there is mention of a Hancock facility and Copperwood facility. Mr. Taliaferro had nothing to do with either the Hancock or Copperwood

facilities and did not know the individuals who were involved with those facilities. Mr. Taliaferro leased part of the building which is referred to as the Marconi facility. He applied for and obtained a permit from the state to grow marijuana and manufacture hashish oil at the Marconi facility.

Mr. Taliaferro sublet part of the Marconi facility to Ryan Buenaflor. Mr. Taliaferro did not know Bryan or Shawn Zigler nor did he have any contact with them. Mr. Taliaferro believed that Mr. Buenaflor was going to be using the Marconi facility for purposes of storage of marijuana. Mr. Taliaferro did have a relationship with Richard Martin who was doing research on marijuana in Suite C of the Marconi facility. The butane that was found at the Marconi facility did not belong to Mr. Taliaferro. Apparently the Ziglers had brought the material to the area that Mr. Buenaflor had sublet without Mr. Taliaferro's knowledge or permission.

## SENTENCING RECOMMENDATION

As set forth in the Plea Agreement and Probation Report, Mr. Taliaferro has a combined Offense Level of 32 without departure. Pursuant to the Plea Agreement, the government has offered a 3 Level Downward departure pursuant to USSG § 3E1.1(a) for acceptance of responsibility. Mr. Taliaferro is eligible under the safety valve provision in that he has met the 5th prong and is entitled to a two level downward departure. This would be an adjusted offense level of 27.

Also pursuant to the plea agreement, Mr. Taliaferro is able to ask the court to reduce the base offense level pursuant to 18 USC § 3553(a). Mr. Taliaferro is requesting that the court reduce the base offense level by 17 levels pursuant to 18 USC 3553(a) for the following reasons:

1. Mr. Taliaferro is 63 years old and has no criminal history points placing him Criminal History Category I.

2. Mr. Taliaferro has a lengthy work history involving 20 years doing design and structural engineering work and 7 years involving the sale of Health and Life Insurance.

3. Mr. Taliaferro has support from the community as evidenced by letters from Yvonne Amrine, Talon Power, and Charlice Arnold. Each of these individuals attest to Mr. Taliaferro's character and in the case of Mr. Powers, verifies Mr. Taliaferro's assistance while his father was going through terminal cancer. (See attached letters).

4. Mr. Taliaferro's involvement in the instant case comes from his being the lessor of property at 9870 Marconi Drive, San Diego. Mr. Taliaferro had a conditional use permit for a marijuana production facility to operate at 9870 Marconi Drive in suites A, B, C, D, E, F, and G. Mr. Taliaferro sublet part of the building to Ryan Buenaflor, and apparently Mr. Buenaflor allowed the Ziglers to operate a concentrated cannabis extraction process in the suites that Mr. Buenaflor had sublet from Mr. Taliaferro.

5. The conditional use permit was issued for suites A, B, C, D, E, F, and G. The conditional use permit was for a marijuana production facility to operate within the building at 9870 Marconi Drive and within 7 suites located at that location (See attached verification of conditional use permit).

6. Mr. Taliaferro is sorry that he became involved in this offense and does not intend to be involved in any criminal activity in the future. He has been responsible on pretrial release since October 2, 2018.

At an adjusted offense level of 10, and Criminal History Category 1, the sentencing range is 6 to 12 months. Counsel recommends 6 months of home confinement and probation supervision for a 3 year period. It is submitted the

suggested punishment is sufficient but not greater than necessary to achieve the goals of justice.

DATED: March 10, 2021            Respectfully Submitted,


                                        *s/ Alex Landon*
                                        Alex Landon
                                        Attorney for
                                        CRAIG TALIAFERRO