```
ALEX LANDON
California Bar No. 050957
2442 Fourth Avenue
San Diego, CA  92101
Telephone (619) 232-6022

Attorney for Defendant
```
**CRAIG KEVIN TALIAFERRO**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable William Q. Hayes)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 18-CR-4628-WQH |
| Plaintiff, ) | **SUPPLEMENTAL SENTENCING MEMORANDUM** |
| vs. ) | |
| CRAIG KEVIN TALIAFERRO, ) | DATE: April 26, 2021 |
| Defendant. ) | TIME: 9:00 a.m. |

TO:   RANDY S. GROSSMAN, UNITED STATES ATTORNEY, AND MICHAEL WHEAT, ASSISTANT UNITED STATES ATTORNEY, AND LAUREN CORCORAN, SR. UNITED STATES PROBATION OFFICER:

The attached exhibit is submitted to support Mr. Taliaferro's sentencing request. Mr. Taliaferro suffers from severe Psoriasis which causes pain and discomfort. He has been involved in a clinical study of a drug that would address his condition and condition of others for four years and which is scheduled to end in July of 2022.

| | | |
|---|---|---|
| 1 | DATED: April 15, 2021 | Respectfully Submitted, |

*s/ Alex Landon*
Alex Landon
Attorney for
CRAIG TALIAFERRO